UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW CHRISTIANSEN,<br><br>    *Plaintiff*,<br><br> -against-<br><br>OMNICOM GROUP, INC., DDB WORLDWIDE COMMUNICATIONS GROUP, INC., JOE CIANCIOTTO, PETER HEMPEL and CHRIS BROWN,<br><br>    *Defendants.* | 15 Civ. 3440 (KPF)<br><br>NOTICE OF MOTION |

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 31, 2015, and Declaration of Daniel A. Feinstein, dated July 31, 2015, and exhibits attached thereto, Defendants Omnicom Group Inc., DDB Worldwide Communications Group Inc., Peter Hempel and Chris Brown (collectively, "Defendants"), by their attorneys, Davis & Gilbert LLP, will move this Court, before the Honorable Katherine Polk Failla, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 618, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in its entirety, with prejudice, and granting such other and further relief as may be just and proper.

Dated: New York, New York
July 31, 2015

                                       Respectfully submitted,

                                       DAVIS & GILBERT LLP

                                       By:  /s/ Howard J. Rubin
                                             Howard J. Rubin
                                             Daniel A. Feinstein
                                             Shira Franco

                                          1740 Broadway
                                          New York, New York 10019
                                          (212) 468-4800
                                          hrubin@dglaw.com
                                          dfeinstein@dglaw.com
                                          sfranco@dglaw.com

*Attorneys for Defendants Omnicom Group Inc., DDB Worldwide Communications Group Inc., Peter Hempel and Chris Brown*