**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MATTHEW CHRISTIANSEN,

                Plaintiff,

     -against-

OMNICOM GROUP, INC., et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 03/09/2016

**15 CIVIL** 3440 (KPF)

**JUDGMENT**

     Defendants Joe Ciancotto, and DDB executives Peter Hempel and Chris Brown (together, "Defendants"), in two separate motions, having moved to dismiss the First Amended Complaint ("FAC"), and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on March 9, 2016, having rendered its Opinion and Order granting Defendants' motions in full; and directing the Clerk of Court to terminate all pending motions, adjourn all remaining dates, and close this case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2016, Defendants' motions are granted in full; accordingly, the case is closed.

**Dated:**  New York, New York
          March 9, 2016

                                                **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                      **BY:**   *K. Mango*

                                                    **Deputy Clerk**