```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 4, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
MATTHEW CHRISTIANSEN,                                 :
:
                  Plaintiff,       :       15 Civ. 3440 (KPF)
     v.                                              :
:              ORDER
OMNICOM GROUP, INC., *et al.*,                        :
:
                  Defendants.       :
:
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      On July 17, 2017, this Court ordered a stay of these proceedings pending the Second Circuit's resolution of *Zarda* v. *Altitude Express, Inc.*, 855 F.3d 76 (2d Cir. 2017), *reh'g en banc granted*, No. 15-3775 (2d Cir. May 25, 2017). The Court is in receipt of Plaintiff's request to lift the stay (Dkt. #43), Defendants' oppositions (Dkt. #44, 45), and Plaintiff's reply letter (Dkt. # 46). Having reviewed the parties' submissions, the Court hereby DENIES Plaintiff's request to lift the stay.

      SO ORDERED.

Dated:    August 4, 2017
           New York, New York

*[signature: Katherine Polk Failla]*
_____
KATHERINE POLK FAILLA
United States District Judge